588

372 A.2d 415

Commonwealth v. Brockington, Appellant.

Submitted March 22, 1976. Neil Carver, and Carver and Steinberg, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents due to insufficiency of the evidence on the possession of instrument of crime charge.